# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Beam and Amy Beam, )<br>)<br>       Plaintiff, )<br>) **ORDER**<br>vs. )<br>)<br>Otter Tail Power Company, and )<br>The Babcock & Wilcox Company )<br>f/k/a Babcock & Wilcox Generation )    Case No. 1:21-cv-002<br>Group, Inc., )<br>)<br>       Defendants. ) | |

The court held a status conference with the parties by telephone on May 3, 2023. Pursuant to its discussion, with the parties, the court shall reschedule the final pretrial conference and jury trial in this case.

Accordingly, the final pretrial conference set for June 6, 2023, shall be rescheduled for October 24, 2023, at 9:00 AM by telephone before the undersigned. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial set for June 20, 2023, shall be scheduled for November 6, 2023, at 9:30 AM before Judge Traynor in Bismarck (Courtroom 1). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2023.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court