# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Beam and Amy Beam, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Otter Tail Power Company and The Babcock ) <br> & Wilcox Company f/k/a Babcock & Wilcox ) <br> Power Generation Group, Inc., ) <br> ) <br> Defendants. ) | **ORDER** <br><br><br><br><br> Case No. 1:21-cv-002 |

On October 24, 2023, the court convened a final pretrial conference in the above-captioned action. Pursuant to its discussion with the parties, the court shall reschedule the final pretrial conference for April 2, 2024, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. Trial preparation deadlines are set forth in court's order at Doc. No. 13. The jury trial scheduled for November 6, 2023, shall be rescheduled for April 15, 2024, at 9:30 AM in Bismarck (courtroom #1) before Judge Traynor. A five day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court