IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Beam, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| Otter Tail Power Company and The ) | |
| Babcock & Wilcox Company f/k/a ) | |
| Babcock & Wilcox Power Generation ) | Case No. 1:21-cv-002 |
| Group, Inc., ) | |
| ) | |
| Defendants. ) | |

On February 15, 2024, the court issued an order granting Plaintiff's counsel leave to withdraw, cancelling the final pretrial conference and jury trial scheduled for April 2 and 15, 2024, and directing Plaintiff to submit a report updating the court on this status of his efforts to retain substitute counsel and how he intends to proceed.

On March 11, 2024, the court received correspondence from Plaintiff in which he: (1) advises that his search for substitute counsel is ongoing; and (2) requests the court's assistance in "find[ing] a solution on how to move forward." (Doc. No. 46).

The court previously hosted a settlement conference with the parties. Plaintiff and Defendants were unable to reach a resolution. The court cannot assist Plaintiff in his search for substitute counsel. All the court can do for Plaintiff at this point is reschedule the final pretrial conference and trial in this matter.

The court shall schedule a status conference with the parties to discuss potential final pretrial conference and trial dates. The status conference shall be scheduled for April 3, 2024, at 9:00 AM by telephone. To participate, the parties should call (877) 810-9415 and enter access code

1

8992581.

    **IT IS SO ORDERED.**

Dated this 19th day of March, 2024.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court