IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gregory Beam, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Otter Tail Power Company and The | ) | |
| Babcock & Wilcox Company f/k/a Babcock | ) | Case No. 1:21-cv-002 |
| & Wilcox Power Generation Group, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On December 26, 2024, the court issued an order that (1) granted Plaintiff's retained counsel leave to withdraw, and (2) directed Plaintiff to file a report by January 17, 2025, to advise of his efforts to retain new counsel and how he otherwise plans on proceeding. (Doc. No. 56).

On January 21, 2025, the court received Plaintiff's status report. (Doc. No. 57). Therein Plaintiff advised that his efforts to date to retain new counsel have been unsuccessful and that he has never intended to represent himself in this matter.

The final pretrial conference and jury trial in this case are respectively scheduled for February 10 and 24, 2025. The court finds it necessary under the circumstances to schedule a status conference with the parties to, among other things, discuss the logistics of the upcoming final pretrial conference and trial. Accordingly, the court shall schedule a status conference with the parties on February 3, 2025, at 10:00 AM CST by telephone. To appear/participate, the parties should call 571-353-2301 and enter 292466149 followed by # when asked to enter the "Call ID."

**IT IS SO ORDERED.**

Dated this 28th day of January, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court