## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Beam, | ) |
|       Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| Babcock & Wilcox Company, f/k/a Babcock & Wilcox Power Generation Group, Inc., | ) Case No. 1:21-cv-002 |
|       Defendant. | ) |

The parties previously advised the court that they had reached a settlement. The court held a status conference with the parties by telephone on April 23, 2025. Pursuant to its discussion with the parties, the court **ORDERS** that the parties shall have until May 5, 2025, to submit their closing documents.

Dated this 23rd day of April, 2025.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court