IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Beam,<br><br>Plaintiff,<br><br>vs.<br><br>The Babcock & Wilcox Company f/k/a Babcock & Wilcox Power Generation Group, Inc.,<br><br>Defendant, | Case No. 1:21-cv-00002 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶ 1]   THIS MATTER comes before the Court on a Stipulation of Dismissal with Prejudice filed on May 1, 2025. Doc. No. 86. The Parties stipulate this case may be dismissed in its entirety with prejudice and without costs, disbursements, or attorneys' fees to any party.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own costs, disbursements, and attorneys' fees.

[¶ 3]   **IT IS SO ORDERED**.

DATED May 2, 2025.

Daniel M. Traynor, District Judge
United States District Court